UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.:14-CV-61905-ZLOCH**

DAPHNE PIERRE, an individual,

    Plaintiff,

vs.

AMERICAN CAR CONNECTION,
LLC, a Florida limited liability company,
and MAHDI SIKDER, an individual,

    Defendants.

_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, Daphne Pierre, an individual, by and through her undersigned attorney, pursuant to Rule 16.2F2., Local Rules of the United States District Court, Southern District of Florida, hereby provides notice of the settlement of the above referenced action.  Plaintiff requests that the Court enter an order directing that the action be dismissed subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment.

                                  /s/ Robert W. Murphy
                                  ROBERT W. MURPHY
                                  Florida Bar No. 717223
                                  1212 S.E. 2nd Avenue
                                  Ft. Lauderdale, Florida 33316
                                  (954) 763-8660 Telephone
                                  (954) 763-8607 Telefax
                                  E-mail: rwmurphy@lawfirmmurphy.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Seda Aktas, Esquire, Aktas Law, P.A., 500 E. Broward Boulevard, Suite 1710, Fort Lauderdale, FL 33394, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

                                                  /s/  Robert W. Murphy  
                                                  Attorney